UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARSHA HUARD,

                Plaintiff,

-v-

LT. ROBERT WHELAN,
CITY OF BUFFALO

                Defendants

Docket No. 06-CV-0051S(SR)

**VOLUNTARY STIPULATION OF DISMISSAL**

    **WHEREAS** this action has been settled amicably by and between Plaintiff and Lt. Robert Whelen [sic] (Whalen) without any admission of liability or wrongdoing of any kind by Lt. Robert Whalen, now therefore

    **IT IS HEREBY STIPULATED** pursuant to Rule 41(a) (1)(ii) Fed.R.Civ.P. by and between the parties hereto by their undersigned attorneys that this action may be, and the same hereby is, dismissed as against Robert Whalen with prejudice and on the merits without costs of any kind or description to any party including, without limitation, attorneys fees or expenses.

DATED:    BUFFALO, NEW YORK
                JANUARY 24, 2008

**ANNA MARIE RICHMOND, ESQ.**
Attorney for the Plaintiff

By: /S/ Anna Marie Richmond, Esq.
Anna Marie Richmond, Esq
P.O. Box 1215
Buffalo, New York 14213
Telephone: (716) 881-6593

**ALISIA A. LUKASIEWICZ**
Corporation Counsel

By: Timothy A. Ball
      Timothy A. Ball, Esq.
Assistant Corporation Counsel
City of Buffalo, Department of Law
1100 City Hall
Buffalo, New York 14202
Telephone: (716) 851-4318

**COHEN & LOMBARDO, P.C.**
Attorney for Defendant Robert Whalen

By: Douglas S. Cream, Esq.
Douglas S. Cream
Office and P.O. Address
343 Elmwood Avenue
Buffalo, New York 14222
Telephone: (716) 881-3010

IT IS SO ORDERED:

DATED: BUFFALO, NEW YORK
            JANUARY ____, 2008.

_____
Hon. WILLIAM M. SKRETNY
United States District Judge